**Order entered August 28, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00756-CR

### ROBERT ARTHUR MOSES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-81377-2015

### ORDER

Before the Court is appellant's August 20, 2020 motion to amend his docketing statement seeking to attach purported copies of an order from the trial court and a State's response as part of an appendix. He further seeks to add a certification to verify the documents in the appendix.

A docketing statement is filed for administrative purposes and contains basic information about the case. *See* TEX. R. APP. P. 33.2. Rule 33.2 specifies the

information to be included in the docketing statement. *See id.* The required information does not include an appendix of documents. *See id.*

Accordingly, appellant's motion is **DENIED**.

/s/     LANA MYERS
        JUSTICE